UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br><br>            Petitioner,<br><br>       v.<br><br>KEVIN JAMES ALLEN,<br><br>            Respondent. | No.  2:16-cv-1423 JAM CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed June 29, 2016, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not filed an amended application.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate

---

[1] Petitioner did file a document entitled "Amended Petition," (ECF No. 13) but the document is not an amended petition; instead, the document details petitioner's request for a certificate of appealability.

1

1 | Judge's Findings and Recommendations."  In his objections petitioner may address whether a
2 | certificate of appealability should issue in the event he files an appeal of the judgment in this
3 | case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or
4 | deny a certificate of appealability when it enters a final order adverse to the applicant).  Petitioner
5 | is advised that failure to file objections within the specified time may waive the right to appeal the
6 | District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
broo1423.fta